UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**PLUMBERS AND FITTERS LOCAL UNION
NO. 101, et al.,**

       Plaintiffs,

v.                                Case No. 3:14-cv-00563 DRH-DGW

**EHRET, INC.,**

       Defendant.

## ORDER AND CONSENT JUDGMENT

Judgment is hereby entered in favor of plaintiffs and against defendant in the amount of $285,051.89, pursuant to and in accordance with the terms and assertions contained within the parties' stipulation for entry of consent Judgment (Doc. 6).

**IT IS SO ORDERED.**

**Signed this 14th day of July, 2014.**

Digitally signed by
David R. Herndon
Date: 2014.07.14
13:55:43 -05'00'

**Chief Judge
U.S. District Court**