UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

PLUMBERS AND FITTERS LOCAL UNION
NO. 101, et al.,

    Plaintiffs/Judgment Creditors,

v.                           Case No. 3:14-cv-00563 DRH-DGW

EHRET, INC.,

    Defendant/Judgment Debtor.

## PAY-OUT ORDER

Pursuant to the garnishment payment made by garnishee Bank of O'Fallon in the amount of $25,392.44, the Clerk is directed to issue payment to plaintiffs/judgment creditors from the registry of the court in the amount of $25,392.44, payable to the order of "Plumbers and Pipefitters Local Union No. 101 Benefit Funds" and sent in care of plaintiffs' counsel, Greg A. Campbell, Hammond and Shinners, P.C. 7730 Carondelet, Suite 200, St. Louis, Missouri 63105.

SO ORDERED

By: _David R. Herndon_

Digitally signed by David R. Herndon
Date: 2015.07.30 11:53:59 -05'00'

UNITED STATES DISTRICT JUDGE

Date: July 30, 2015