UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

PLUMBERS AND FITTERS LOCAL UNION
NO. 101, et al.,

    Plaintiffs/Judgment Creditors,

v.                                      No. 3:14-cv-563 DRH-DGW

EHRET, INC.,

    Defendant/Judgment Debtor.

### PAY-OUT ORDER

Pursuant to the garnishment payment made by garnishee East St. Louis Housing Authority in the amount of $2,193.52, the Clerk is directed to issue payment to plaintiffs/judgment creditors from the registry of the Court in the amount of $2,193.52, payable to the order of "Plumbers and Fitters Local Union No. 101 Funds" and sent in care of plaintiffs/judgment creditors' counsel, Greg A. Campbell, Hammond and Shinners, P.C., 7730 Carondelet, Suite 200, Clayton, Missouri 63105.

SO ORDERED.

By: /s/ David R. Herndon

Digitally signed by David R. Herndon
Date: 2015.08.26 12:16:27 -05'00'

UNITED STATES DISTRICT JUDGE

Date: August 26, 2015