UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

PLUMBERS AND FITTERS LOCAL UNION
NO. 101, et al.,

    Plaintiffs/Judgment Creditors,

v.                                              No. 3:14-cv-563 DRH-DGW

EHRET, INC.,

    Defendant/Judgment Debtor.

## ORDER

Pursuant to the garnishment payment made by garnishee East St. Louis Housing Authority, that was receipted by the Court on September 22, 2015, in the amount of $2,279.59, the Clerk is **DIRECTED** to issue payment back to East St. Louis Housing Authority from the registry of the Court in the amount of $2,279.59. The garnishment was released on September 16, 2015 (Doc. 34), and in light of said release, the funds shall be returned to the Housing Authority for payment to Ehert, Inc. Accordingly, the check shall be made payable to the order of "East St. Louis Housing Authority" and sent in care of garnishee's Administrative Planning Officer, John L. Prather, East St. Louis Housing Authority, P.C., 700 North 20th Street, East St. Louis, Illinois 62205.

**IT IS SO ORDERED.**

Signed this 13th day of November, 2015.

Digitally signed by Judge David R. Herndon
Date: 2015.11.13 16:37:50 -06'00'

United States District Court Judge